UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-119-ML |
| | : | |
| FERNANDO J. TORRES | : | |

**ORDER**

Upon motion of the government, the Indictment and Warrant in the above-captioned matter is hereby:

**ORDERED**

Unsealed.

BY ORDER,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
U.S. MAGISTRATE JUDGE

Date: 11/8/06