**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **VS.** | **:** | **CR. NO. 06-119ML** |
| **FERNANDO J. TORRES** | **:** | |

## MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, Fernando J. Torres, and moves to continue the sentencing in this matter on the grounds that additional research is needed as a result of the recent decision in the United States Supreme Court a case of *United States vs. Claiborne*, No. 06-5618 which deals with crack cocaine sentencing issues and which decision may impact the Court's consideration of the issues in this case. An additional basis for the requested continuance, is the pending amendments to the sentencing guidelines which are effective November 1, 2007. Defense counsel respectfully moves this Court to continue the sentencing in this matter to a date after November 1, 2007 that is convenient with the Court's calendar.

FERNANDO J. TORRES
By his attorney,

/s/ MARY S. MCELROY
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Zechariah Chafee, AUSA and United States Probation Office on the 14th day of May 2007.

/s/ Mary S. McElroy