IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-119ML |
| vs. | ) | |
| | ) | |
| FERNANDO J. TORRES | ) | |

Government's Objection to Defendant's
Motion to Continue Sentencing

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion to Continue Sentencing for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 29th day of May, 2007, I caused the within Government's Objection to Defendant's Motion to Continue Sentencing and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary S. McElroy
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-119ML
vs. )
)
FERNANDO J. TORRES )

Government's Memorandum in Support of It's Objection to Motion to Continue Sentencing

The government objects to defendant's motion to continue the sentencing until November 1, 2007. The case should not linger in limbo for five months longer. Defendant pleaded not guilty on March 5, 2007. The presentence report is complete. Defendant faces a mandatory minimum of ten years. (120 months). His guideline high end is 135 months. The government will recommend the low end or the mandatory minimum, whichever is higher. Defendant's motion does not state what guideline range defendant would be facing if the proposed guidelines do take effect.

The proposed guidelines amendment may yet be objected to by Congress. To say that they "are" effective overstates the matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 29th day of May, 2007, I caused the within Government's Memorandum in Support of it's Objection to Motion to Continue Sentencing and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary S. McElroy
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov