UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. NO. 06-119-ML |
| v. | : | |
| | : | |
| FERNANDO TORRES | : | JUNE 5, 2007 |

NOTICE OF APPEAL

The defendant, Fernando Torres ("Torres"), hereby gives notice that he appeals from the judgment of conviction and sentence entered by the Court on June 1, 2007 in the above-entitled matter. The defendant further states that he is indigent and needs to proceed in forma pauperis pursuant to 28 U.S.C. §1915 and is in need of court appointed counsel. Accordingly, the defendant hereby has given timely notice of his appeal and asks that the Clerk of the Court forward any necessary paperwork for him to follow out to proceed in forma pauperis and secure counsel for his appeal.

Respectfully submitted,
FERNANDO TORRES,

Fernando Torres
Fernando Torres, Pro Se
Donald W. Wyatt Facility
950 High Street
Central Falls, RI 02863
(401) 729-1190

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed this 4 day of June 2007 to AUSA Richard Rose at 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Fernando Torres
Fernando Torres