# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

***June 20, 2007***

***Richard Donovan, Clerk***
***U.S. Court of Appeals***
***One Courthouse Way, Suite 2500***
***Boston, MA 02109***

***RE: USA v. Fernando Torres***
***USDC-RI CR 06-119ML***
***USCA NO. #***

***Dear Mr. Donovan:***

***Enclosed herewith please find a supplemental on appeal together with a certified copy of the docket entries in the above entitled case.***

***Kindly acknowledge receipt for the same on the enclosed copy of this letter.***

***Sincerely yours,***

***David A. DiMarzio***
***Clerk of Court***

***By:*** Barbara Barletta
***Deputy Clerk***

***Enc. Motion to Appeal IFP and Order granting M/IFP (DE #21 & 22)***
***Response to Show Cause Order (DE #83)***