**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name United States vs. Fernando J. Torres

District Court Case No. 06-119ML District of Rhode Island

Date Notice of Appeal filed 6-12-07 Court of Appeals Case No. 07-1918

Form filed on behalf of Fernando J. Torres, Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

## TRANSCRIPT ORDER

Name of Court Reporter Karen Wischnowsky

Phone Number of Reporter ________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☒ Change of Plea | 3-5-07 |
| ☒ Sentencing | 6-1-07 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ________ | |
| ☐ Testimony (specify) ________ | |
| ☐ Other (specify) ________ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Mary S. McElroy, AFPD Filer's Signature Mary S. McElroy

Firm/Address Federal Public Defender, 10 Weybosset St., Providence, RI 02903

Telephone number 401-528-4281 Date mailed to court reporter ________

(Court Reporter Use ONLY) Date received ________

Form CA1-10 (3/1/04) **SEE INSTRUCTIONS ON REVERSE**