06-00119
USDC/RI
Lisi, J

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1918

UNITED STATES,
Appellee,

v.

FERNANDO J. TORRES,
Defendant, Appellant.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

**JUDGMENT**

Entered: March 4, 2008

Defendant's pro se motion for the appointment of new counsel is denied.

Having carefully reviewed the Anders brief and record, we conclude that there is no non frivolous basis for appeal. Consequently, counsel's motion to withdraw is granted, and the judgment is summarily affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/28/08

[cc: Fernando Torres, Isabel K. McGinty, Esq., Donald Lockhart, AUSA]